308 (4). (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—Dismiss Complaint.) Present—Green, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ In the Matter of MICHAEL D. BONADONNA, Respondent, v SUSAN WILKINSON, Appellant. [643 NYS2d 443] —Order unanimously affirmed without costs. Memorandum: Family Court's decision adequately sets forth those facts essential to the award of custody to petitioner (see, CPLR 4213 [b]; Family Ct Act § 165 [a]; *Clarke v Clarke*, 101 AD2d 911, 912). The court properly considered evidence concerning matters predating the prior custody order (see, *Matter of Robb v McIntosh*, 99 AD2d 571, 572). "The court's determination regarding custody * * * based upon a first-hand assessment of the credibility of the witnesses after an evidentiary hearing, is entitled to great weight and will not be set aside unless it lacks an evidentiary basis in the record" (*Matter of Samuel L. J. v Sherry H.*, 206 AD2d 886, *lv denied* 84 NY2d 810). In our view, the record supports the court's determination that the best interests of the child warrant the change of custody (see generally, *Friederwitzer v Friederwitzer*, 55 NY2d 89). (Appeal from Order of Steuben County Family Court, Bradstreet, J.—Custody.) Present—Green, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ EAGLE POWER & IMPLEMENT, INC., et al., Appellants, v EDWARD J. FADELEY et al., Defendants, and MASSEY-FERGUSON, INC., et al., Respondents. (Appeal No. 1.) [643 NYS2d 457] —Appeal unanimously dismissed without costs (see, *Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Summary Judgment.) Present—Green, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ EAGLE POWER & IMPLEMENT, INC., et al., Appellants, v EDWARD J. FADELEY et al., Defendants, and MASSEY-FERGUSON, INC., et al., Respondents. (Appeal No. 2.) [643 NYS2d 457] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court properly granted the motion of defendants Massey-Ferguson, Inc. (Massey), and Yanmar Tractor (USA), Inc. (Yanmar), for summary judgment dismissing the complaint against them. The court also properly granted the motion of Massey for summary judgment on its counterclaim. The court erred, however in granting the motion of Yanmar for summary judgment on its counterclaim. Plaintiff submitted evidentiary proof in admissible form raising an issue of fact regarding the amount of the debt owed by plaintiff to Yanmar (see,